**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JYWANZA IGWE MOORE,**
**Plaintiff,**

**vs.** **Case No.: 3:26cv3473/MCR/ZCB**

**CASH AMERICA EAST INC,**
**Defendant.**
______________________________/

**ORDER**

The magistrate judge issued a Report and Recommendation on April 20, 2026. (Doc. 6). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

2. Plaintiff's "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Doc. 3) is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings on Plaintiff's complaint. (Doc. 1).

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**